Good morning. Good morning, Judge Noonan. Good morning. May it please the court, Warren Graham, on behalf of Linwood Tracy Jr., the appellant in the case. And in the district court, I was first appointed as standby counsel for Mr. Tracy. And on the morning of trial, I became co-counsel. And it was a fairly short trial, lasted only a couple of days. And it was during that time that actually during the preparation of jury instructions that it became clear to me that the indictment was deficient, that it did not include essential elements necessary to prove Mr. Tracy guilty of 18 U.S.C. 371, that being deceit and dishonesty. Yeah. Now, as I'm sure you know, the presumption gets weaker in your favor. Let me say it this way. You or your client are in a harder position the longer you wait to challenge the indictment. So I want to ask you, at what point did you become involved and to what degree? When you say at the end of the trial when you were doing jury instructions, you became aware. Well, when did you first see the indictment? Well, I saw the indictment when I was appointed as standby counsel. I really you can see from the docket that Mr. Tracy and his co-defendant filed motions after motions after motions that were potentially most of them dismissed by the court. And that was part of Mr. Tracy's personality. And what you see from his exhibits is the letters that he wrote. But I was only co-counsel. The second day of being co-counsel is when I filed the motion to dismiss. That was on the second day of trial after the government arrested. I understand that makes the standard more difficult for Mr. Tracy on that issue. But still, I don't believe that the jury instruction, as argued by the government, can correct a deficient indictment. If the indictment is missing an essential element, that means that the grand jury never got to the point where they found probable cause on an essential element necessary for conviction. Can you argue or can you make an argument based on what happened that you or Mr. Tracy were misled in terms of what you would have to, how you would have to defend the case? I don't think I can make that argument because of the research done before the trial actually started. In my opening statement, I argued that the government would have to prove deceit and dishonesty. Yeah. But it wasn't charged. And so I'm still taking the position that because the grand jury didn't make that decision on an essential element of the count against Mr. Tracy, that's a constitutional flaw that can't be overcome by, you know, some later jury instruction or the court making a ruling later on. Assume for a moment, and I speak not for my colleagues and only tentatively for myself, but assume for the moment that I disagree with you on that point, and that because of the delay and challenge in the indictment and because of the lack of actual prejudice resulting from the alleged deficiency in the indictment, that argument isn't going to work with me. Therefore, move to whether or not there's sufficient evidence on the dishonesty or deceit. On the sufficiency of the evidence, I think what is important is, like I say, it was a very short trial. Most of the evidence came in against the co-defendant, who was the focus of this case. The evidence at trial against Mr. Tracy consisted of the testimony of the revenue agent, Ms. Harris, and the CID special agent, Schulte, who was the investigator on the case. And what was alleged and then supported by evidence by the government that was either deceitful or dishonest? I don't think there's anything that was supported by evidence. In fact, Ms. Harris — No, I suspect they're going to say something is. So how would you respond to what you anticipate their argument is?  Well, Ms. Harris, when questioned on cross-examination, said that, in her opinion, Mr. Tracy never lied to her and never really took any of his threats to file lawsuits as anything that she would lose sleep over. And the agent, Schulte, indicated that Mr. Tracy never lied to him. There was nothing dishonest that he did. What about — didn't he make some statement? At least, didn't they say he made some statement that he was a family member? There was a claim that I don't believe was ever proven by any evidence in court that he had represented himself to be able to be a representative with the IRS under their rules of being a family member. But — No, my question wasn't quite that. Was there evidence by either Ms. Harris or someone else that he had said, I am a family member? I don't believe there was in the record. Okay. I don't believe there was. If there is, I suspect the government's going to point it out to me. And the question that I think that comes up from that is whether or not — I mean, being a family member is a rule of regulation where the IRS will not recognize you as a representative or an agent. It's not a violation of the law to do that. So, I mean, and they knew from the beginning they told him that they didn't recognize him as a representative because of that. I mean, so it's not like it was a surprise to them. It's not like he was being dishonest or deceitful to them as far as that goes, because they knew from the very beginning what the answer was. But isn't it deceitful to say I'm a relative when you're not? Well, if that was proven — I thought it was false. It was a representation made with an intent. Well, I don't think it was made with the intent to defraud the government. I don't think that was the purpose of him saying that. He was saying that, I believe — I mean, he was taking the position he was a family member because they were members of the same church. That was the argument between Mr. Ogilvie and Mr. Tracy was that as being members of the same church, they were members of the same family. But I don't think that evidence ever came out at trial either, and I don't think the fact that he said that he was a family member so he could be a representative for Mr. Ogilvie with the IRS is the nature of this deceitful or dishonest conduct that would make him subject to conviction under this statute. If someone seeks to represent another person in an IRS proceeding as power of attorney, do they ordinarily file a form with the IRS? I believe there is a form. And at one point in time, in fact, Mr. Tracy had on file a representation document where he could represent people against the IRS. What I'm wondering is not only is there a form ordinarily, did the government introduce any form in evidence in this case? No. I wonder why. I guess the government can tell us. I'd like to reserve a couple minutes for rebuttal. Okay, fine. Yeah, you've got almost two minutes. Please. Now we'll hear from the government. May it please the Court, William Reed, United States Attorney's Office, District of Nevada. In this case, Your Honor, the indictment was sufficient. It placed the defendant on notice of the charges, the elements of the charge against him sufficient that it allowed him to defend against a second prosecution. In this matter, the district court so found that the term to defraud was sufficient in and of itself, along with the manner and means and the overt acts that were set forth in the indictment to apprise the defendant of the elements of the offense. As Mr. Graham acknowledged in his opening statement, he advised the jurors that the government must prove beyond a reasonable doubt that Mr. Tracy committed the act with dishonest or deceitful means. So there was no surprise and no prejudice to the defendant with respect to the elements, which were sufficiently set forth in the indictment and the defendant was well aware. So there was no ambush, if you will, by the government with respect to that. The case that he primarily relies upon, United States v. Caldwell, from this court, dealt with that issue to some extent. That is that the government must prove beyond a reasonable doubt either deceitful or dishonest means when it prosecutes a case of this nature, a conspiracy to defraud the United States. However, in that case, the issue was not the same precise issue which is before this court. In that case, in the Caldwell case, the issue was whether or not the district court provided sufficient jury instructions as to that element, that is, whether or not the defendant, whether or not the government had proved that the defendant used dishonest or deceitful means to defraud the government. In that case in Caldwell, the district court had not, given the appropriate jury instruction, had not advised jurors that they must find dishonest. As I think I indicated in my questions, to the degree I've got a problem in this case, it is not with the indictment, given the fact that he doesn't, Mr. Tracy and his lawyer do not appear to have been ambushed, to use your word. My question really is what was dishonest or deceitful within the meaning of the statute and what's your evidence for that? Thank you, Your Honor. Your Honor, the evidence was more than sufficient for any. Okay. What is the evidence? Your Honor, thank you, Your Honor. I'm sorry. The defendant wrote, repeated multiple letters, correspondence both to the Internal Revenue Service and to creditors of his co-defendant after having been paid, I believe, $10,000 by his co-defendant to represent him in this matter, his dispute with the IRS. In those letters, he variously referred to himself as counsel, POA, POA and financial counsel with IRS, and he provided the case number as representative counsel. And that was in and of itself sufficient for a rational juror to find that it was dishonest Why is that dishonest? Because he was not, in fact, a counsel? Yes, Your Honor. He was not an attorney representing, a licensed attorney representing Mr. Tracy. Now, he does not have to be a licensed attorney, is that right? He can have power of attorney without being a licensed attorney and could have signed those documents or represented in those ways had he been power of attorney, is that right? He could have, yes, Your Honor, if the IRS had accepted him as a power of attorney, which is, I understand they did not, was a testimony at trial from the IRS agent. However, it was sufficient for, that evidence was sufficient for a rational juror to have found that it was dishonest or deceitful in his efforts to thwart the IRS and its collection, attempt to collect back taxes, unpaid taxes by the co-defendant In this case, the government didn't have to prove that he was successful in fooling anyone with it. However, in this case, the evidence was that Countrywide, which was one of the creditors that the IRS had summoned records for in their efforts to make collection efforts from Mr. Ogilvie, that in fact that Countrywide was stymied by this correspondence. In fact, one of the trial exhibits, I believe in my brief I identified it as Government Exhibit 2. I apologize for the court. I believe it's Trial Exhibit 1. Okay. The letter from Countrywide to the IRS where they indicate to the IRS or they're advising the IRS that they are not going to honor the summons from the IRS unless and until, and I'm paraphrasing, the dispute between Mr. Tracy, who had written multiple letters to Countrywide, was resolved. This was a two-person conspiracy, was it not? Yes, Your Honor. Mr. Graham said earlier that, I think this is a quote from him, that most of the evidence was against the co-defendant. But my understanding of how trials work is all of the evidence is admitted against everybody, subject to limiting instructions and that kind of thing. Do you agree? Yes, Your Honor. I do agree. And I don't want to speak for Mr. Graham. I think, and he'll have a chance to correct me if I'm wrong, I think maybe what he was referring to, the co-defendant had additional charges where that evidence pertained to those additional charges where he submitted false claims to the IRS. But they would have been overt acts, would they not? Whether charged or not. Your Honor, I don't. Other than the conspiracy that was charged. I would agree with Your Honor. I'm not sure that those false claims were set forth in the overt acts alleged in the indictment. But they, yes, Your Honor, I would agree with Your Honor that they. You don't have to charge overt acts. Yes, Your Honor. Yes, Your Honor. I just didn't want to mislead the Court that they were set forth in the overt acts in the indictment. And certainly any rational juror could have considered that in resolving this issue as to dishonest or deceitful means in this matter. If Mr. Tracy, if the evidence is insufficient as to Mr. Tracy, does that mean as a matter of law that it's insufficient as to his co-defendant, if it was a two-defendant conspiracy? Thank you, Your Honor. I haven't anticipated the appeal of Mr. Ogilvie. I do believe that it is pending before this Court. Your Honor, that would require analysis of whatever additional evidence above and beyond what came in against Mr. Tracy to be considered by this Court with respect to the conspiracy count as to Mr. Ogilvie. I suppose your answer is, well, the jury could have acquitted one and convicted the other, and that wouldn't, I imagine under Ninth Circuit law, that wouldn't upset the conviction of the one, would it? I agree, Your Honor. I think that that would have been within the province of the jury to accept or reject evidence as to either or both of the defendants in this case. But there may be a difference on sufficiency question as opposed to jury verdicts. Anyway, I don't want to distract you from your principle question. Your Honor, I would doubt it. Is there anything more in response to Judge Fletcher's question about what evidence actually you can point to other than the letters to the third parties? Your Honor, that was essentially the bulwark of the government's case in chief. So the evidence you're relying on for either deceit or dishonesty is letters to third parties? And to the IRS, Your Honor. And it didn't have to fool the IRS. I think the case law from this Court is it doesn't have to. Someone doesn't have to be actually deceived? Has to merely be deceitful on the part of the person intending to deceive? Thank you, Your Honor. Yes, Your Honor, I agree with that. But that's an interesting question. I can understand intent to deceive, meaning the person intends, but deceitful suggests deceit, actual deceit. Maybe you want to just rely on dishonesty? Yes, Your Honor, I would agree with that. Yes, I would rely on that equally. And I think the Caldwell case, though, I don't think the government has to have detrimental reliance. I believe that's the terminology in the Caldwell case. Okay. Your Honor, unless there are any additional questions as to this or any other issues before the Court, I would respectfully submit the matter. Okay. Thank you. Yes, Your Honor. I do have one quick question. Yes, sir. Do you admit that Mr. Tracy had to engage in a deceitful act to be convicted of this conspiracy? Or would it be sufficient that a deceitful act was engaged in or performed by his codefendant? The latter, Your Honor. I would submit that, Your Honor, latter analysis that one conspirator is liable for – This question, you haven't pointed to anything that the codefendant did that bears on Mr. Tracy's guilt. And, Your Honor, I'm not – again, I'm not – I didn't anticipate the codefendant's case before this Court, but I think the evidence primarily as to the deceitful or dishonest conduct was – came from Mr. Tracy. He was hired at this sum of money, and he began to represent Mr. Ogilvie, if you will, and committed the acts that led to the jury's finding that he was deceitful or dishonest in his conspiracy to defraud with Mr. Ogilvie. Is that – any further questions? Is that responsive? No, thank you. Thank you very much. Mr. Graham. Yes. To answer your question, Judge Davis, on whether the evidence came in against Mr. Tracy, by stipulation during the trial, the bulk of the evidence as far as false claims, counts 2 through 7, were only introduced against Mr. Ogilvie. So most of the government's book of exhibits came in against Mr. Ogilvie and not Mr. Tracy. And as far as whether or not the IRS was ever deceived, I don't think the IRS was ever fooled by Mr. Tracy, by anything that he did. And his representations that he made were representations and letters that he wrote in cases that he cited that he believed to be true. And when he told the IRS or the agents that he was going to file a suit, it was because he was going to file a suit. It wasn't to try and fool him or to deceive him. And he actually did that. So – Is Mr. Tracy still in custody? He is not now.  He was in a halfway house down in Las Vegas and was trying to, with the help of his supervised release officer, trying to find a place to live right now. Okay. But that's where he's at right now. Okay. Any other questions? Just to clarify, it would be sufficient, would it not, for the conspiracy conviction if there were clear evidence that the co-defendant took acts to defraud and Mr. Tracy knowingly joined with that effort to form a conspiracy, a two-person conspiracy? I think if they were alleged in count one, the conspiracy count, that would be true. But most of the allegations against Ms. Ogilvie were in counts two through seven. And the evidence that came in as far as all kinds of false claims and misrepresentations to the IRS came in only against Mr. Ogilvie by stipulation. But the conspiracy count was identical as to each. It was, Your Honor. Okay. Okay? Okay. Thank you very much. Both sides. United States v. Tracy now submitted for decision.
judges: Davis, Noonan, Fletcher